# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| TIFFANY Y. RICHARDSON,   ) | |
|                          ) | |
|     Plaintiff,           ) | |
|                          ) | |
| v.                       ) | CIVIL ACTION NUMBER: |
|                          ) | 2:21-cv-1463-MHH |
| CONTOUR COMPANIES,       ) | |
|                          ) | |
|     Defendant.           ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All the parties to this civil action stipulate that this action may be dismissed with prejudice with each party bearing its own costs, including attorneys' fees.

_____
William K. Hancock
Attorney for Contour Companies LLC

**OF COUNSEL:**
GALLOWAY, SCOTT & HANCOCK, LLC
2200 Woodcrest Place, Suite 310
Birmingham, AL 35209
205.949.5580
205.949.5581 *fax*
Will.hancock@gallowayscott.com

_____
Terrell E. McCants
Attorney for Tiffany Y. Richardson

**OF COUNSEL:**
Burrell & McCants, LLC
712 32nd Street South
Birmingham, AL 35233
terrell@burrellmccants.com