FILED
2022 Feb-22  PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TIFFANY Y. RICHARDSON,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:21-cv-01463-MHH |
| } | |
| **CONTOUR COMPANIES,** } | |
| } | |
| **Defendant.** } | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action with prejudice.  The parties are to bear their own costs and attorneys' fees.

At the direction of the Court, this case is closed.

**DONE** this 22nd day of February, 2022.

SHARON N. HARRIS, CLERK

By: /s/ Yolonda Berry
Deputy Clerk